UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CAUSE NO. 2:20-cr-136 |
| | ) | |
| v. | ) | 18 U.S.C. § 922(g)(1) |
| | ) | |
| TAEQUAN RICHARDSON | ) | |
| CEDRIC FORD | ) | |

## INDICTMENT

-FILED-

SEP 17 2020

ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

**THE GRAND JURY CHARGES:**

### COUNT 1

On or about July 10, 2020, in the Northern District of Indiana,

**TAEQUAN RICHARDSON**,

defendant herein, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, and the firearm was in and affecting commerce.

All in violation of Title 18, United States Code, 922(g)(1).

1

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 2

On or about July 10, 2020, in the Northern District of Indiana,

**CEDRIC FORD**,

defendant herein, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, and the firearm was in and affecting commerce.

All in violation of Title 18, United States Code, 922(g)(1).

# FORFEITURE ALLEGATIONS

1. The allegations of Counts One and Two of the Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to the provisions of Title 18 United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

2. Upon conviction of Count One of the Indictment, **Taequan Richardson**, defendant herein, shall forfeit to the United States of America pursuant to Title 18, United States Code, Section 924(d), any and all firearms and ammunition involved in the commission of such offenses, including but not limited to:

   A. a black FN .40 caliber Serial Number: GKU01073;

   B. ammunition recovered during the investigation of this offense.

3. Upon conviction of Count Two of the Indictment, **Cedric Ford**, defendant herein, shall forfeit to the United States of America pursuant to Title 18, United States Code, Section 924(d), any and all firearms and ammunition involved in the commission of such offenses, including but not limited to:

   A. a black Ruger 9mm, Serial Number: 45706045;

B.  ammunition recovered during the investigation of this offense.

A TRUE BILL:

*/s/ FOREPERSON*
FOREPERSON

THOMAS L. KIRSCH II
UNITED STATES ATTORNEY

By: */s/ Caitlin Padula*
Caitlin Padula
Assistant United States Attorney

4