UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Cause No. 2:20-CR-136-PPS-APR |
| CEDRIC FORD, | ) ) ) | |
| Defendant. | ) ) | |

**ORDER**

This matter is before me on the findings and recommendation of Magistrate Judge Andrew P. Rodovich relating to Defendant Cedric Ford's agreement to enter a plea of guilty to the Indictment [DE 1], pursuant to Rule 11 of the Federal Rules of Criminal Procedure. [DE 55.] Following a hearing on the record on April 20, 2023 [DE 59], Judge Rodovich found that Ford understands the charges, his rights, and the maximum penalties; that Ford is competent to plead guilty; that there is a factual basis for his plea; and that Ford knowingly and voluntarily entered into his agreement to enter a plea of guilty. Judge Rodovich recommends that the Court accept Ford's plea of guilty and proceed to impose sentence. The parties have waived any objection to Judge Rodovich's findings and recommendation.

**ACCORDINGLY:**

Having reviewed the Magistrate Judge's findings and recommendation concerning Defendant Cedric Ford's plea of guilty, to which both parties have waived

any objection, the Court hereby **ADOPTS** the findings and recommendation [DE 59] in their entirety.

Defendant Cedric Ford is adjudged **GUILTY** of Count II of the Indictment, a charge of knowingly possessing a firearm as a convicted felon, in violation of 18 U.S.C. § 922(g)(1).

The sentencing hearing is **SET** for **August 17, 2023 at 10:00 a.m. Hammond/Central Time**, before the undersigned.

**SO ORDERED.**

ENTERED: May 5, 2023.

    /s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT